# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TUFF WRAP INSTALLATIONS INC. : CIVIL ACTION
    Plaintiff, :
            : NO. 11-2576
    v. :
            :
CLEANWRAP, INC. et al. :
    Defendants

## ORDER

AND NOW, this 29th day of June 2011, upon consideration of Plaintiff's Motion for a Preliminary Injunction (Doc. No. 2); Defendants' Response in Opposition (Doc. Nos. 11-12), Plaintiff's Supplemental Memorandum in Support of Preliminary Injunction (Doc. No.19), Defendant' Supplemental Memorandum in Opposition (Doc. No. 20), and the testimony and exhibits presented at a hearing held on June 10, 2011, it is ORDERED as follows:

    1. Plaintiff's Motion for a Preliminary Injunction Order (Doc. No. 2) is GRANTED.

    2. For a period of one (1) year commencing on the date of this Order, Defendant Nemelka is ENJOINED from working for Defendant Cleanwrap and any other company providing interior protection services, and Defendant Nemelka is ENJOINED from contacting, soliciting, or doing business with any customer or prospective customer of Tuff Wrap.

    3. Defendant Nemelka is also ENJOINED from using or disseminating any of Tuff Wrap's confidential information and Defendant Cleanwrap is ENJOINED from using in any way, confidential information provided to it by Defendant Nemelka, including but not limited to, information regarding customers or prospective customers of Tuff Wrap.

    4. The preliminary injunction is effective upon Plaintiff posting a bond in the amount of

$10,000 in accordance with Fed. R. Civ. P. 65(c).

BY THE COURT:


/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.